IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PEGGY BRYANT,

          Plaintiff,

v.                                     CIVIL ACTION NO.  2:11-cv-00604

LABORATORY CORPORATION OF
AMERICA HOLDINGS,

          Defendant.

**ORDER**

A hearing was held on the parties' Renewed Joint Motion for Approval of Settlement Agreement [Docket 39]. The Court believes that the settlement to the plaintiff in the amount of $1,433.36 and that $4,000.00 in attorneys' fees for the FLSA claims is reasonable, but approves the settlement as a whole for reasons stated in the record. Accordingly, the Court **ORDERS** that the Motion for Approval of Settlement Agreement [Docket 39] be **GRANTED** and further **ORDERS** that the case be **DISMISSED with prejudice** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:       August 21, 2012

                              *Joseph R. Goodwin*
                              Joseph R. Goodwin, Chief Judge